IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY A DICKSTEIN, | No. C-12-04676 EDL |
| Plaintiff, | **ORDER DENYING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING** |
| v. | |
| STATE BAR OF CALIFORNIA, | |
| Defendant. | |

On September 6, 2012, Plaintiff filed an administrative motion requesting that he be permitted to use the Court's electronic filing system. This motion does not include the information the Court requires to decide whether to permit e-filing. Therefore, the Court directs Plaintiff to the Court's website for the appropriate motion and proposed order that must be filed. The Court's website is www.cand.uscourts.gov. To reach the form motion and proposed order, Plaintiff should click on the "Pro se litigants" tab on the top of the Court's homepage, and then click on "Forms to use in a civil case" tab, which is near the bottom of the pro se litigants page. The title of the form is "Motion for Permission for Electronic Case Filing and Proposed Order." Once Plaintiff files the motion and proposed order, the Court will make a determination as to whether to allow Plaintiff to be an e-filer. Plaintiff's request to be permitted to use the Court's electronic filing system (docket 4) is denied without prejudice to Plaintiff filing the appropriate motion and proposed order from the Court's website.

In his motion, Plaintiff also seeks relief from the requirement in Civil Local Rule 5-1 for overnight submission of chambers copies of certain types of documents. Plaintiff proposes that he email .pdf copies to the Court in lieu of paper copies. Plaintiff's request is denied. The Court notes that only certain types of documents, not including most motions and other administrative requests,

must be delivered to the Court by noon on the day after filing.

IT IS SO ORDERED.

Dated: October 2, 2012

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge