# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

JEFFREY A DICKSTEIN,

        Plaintiff,

  v.

STATE BAR OF CALIFORNIA et al,

        Defendant.

_____/

Case Number: CV12-04676 EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 3, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffrey A. Dickstein
3263 S Erie Avenue
Tulsa, OK 74135

Dated: October 3, 2012

Richard W. Wieking, Clerk

By: Kristen Seib, Deputy Clerk