UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

October 5, 2012

Jeffrey A. Dickstein, Pro per
3263 S Erie Avenue
Tulsa, OK 74135

Subject: <u>Jeffrey A. Dickstein -v- State Bar of California, et al., Case No. C-12-4676-EDL</u>

Dear Mr. Dickstein:

    An *order* has been filed in the subject case that the complaint and summons be served upon the defendants.

    **To insure that proper service is made, the *addresses* of the *defendants* must be submitted to this office. The bottom portion of this letter is to be used for the information. Please print that current address for each listed defendants.**

    A self-addressed postage-paid envelope is enclosed for your convenience in returning this information. A prompt response with the requested information will be appreciated.

                                 Sincerely,

                                   RICHARD W. WIEKING, Clerk

                                 by: _____
                                      Deputy Clerk

Name _____ Address _____

_____

_____

NDC CSA-17 REV. 3/89

Name _____ Address _____
_____
_____

Name _____ Address _____
_____
_____

Name _____ Address _____
_____
_____

Name _____ Address _____
_____
_____

Name _____ Address _____
_____
_____

Name _____ Address _____
_____
_____

NDC CSA-17 REV. 3/89

Name _____ Address _____
_____
_____

Name _____ Address _____
_____
_____

Name _____ Address _____
_____
_____

Name _____ Address _____
_____
_____

Name _____ Address _____
_____
_____

Name _____ Address _____
_____
_____

NDC CSA-17 REV. 3/89

Name _____ Address _____
_____
_____

Name _____ Address _____
_____
_____

Name _____ Address _____
_____
_____

Name _____ Address _____
_____
_____

Name _____ Address _____
_____
_____

Name _____ Address _____
_____
_____

NDC CSA-17 REV. 3/89

Name _____ Address _____
                                     _____
                                     _____

Name _____ Address _____
                                     _____
                                     _____

Name _____ Address _____
                                     _____
                                     _____

Name _____ Address _____
                                     _____
                                     _____

Name _____ Address _____
                                     _____
                                     _____

Name _____ Address _____
                                     _____
                                     _____

NDC CSA-17 REV. 3/89