Jeffrey A. Dickstein
E-mail: jdlaw47@yahoo.com
3263 S Erie Ave
Tulsa OK 74135
Telephone: (918) 271-3374
Facsimile: None

Jeffrey A. Dickstein, Plaintiff
appearing Pro Se

**FILED**

OCT 1 5 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY A. DICKSTEIN,<br><br>    Plaintiff,<br><br>v.<br><br>STATE BAR OF CALIFORNIA, et al.<br><br>    Defendants. | CASE NO. 12-CV-4676 EDL<br><br>PLAINTIFF'S DECLARATION IN SUPPORT OF EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION<br><br>Date: October 16, 2002<br>Time: 9:00 a.m.<br>Courtroom E - 15th Floor<br>Magistrate Judge Elizabeth D. Laporte |

Comes now Plaintiff Jeffrey A. Dickstein (hereinafter referred to as "Dickstein") who submits the following Declaration in Support of his Ex Parte Motion for Temporary Restraining Order and Order to Show Cause re Preliminary injunction.

1. I am the Plaintiff in the above entitled action and the Respondent in California State Bar Court Case No. 10-C-7932-PEM entitled *In the Matter of Jeffrey Alan Dickstein.*

2. I have personal knowledge of everything stated herein, and if sworn as a witness could competently testify thereto.

2. I personally drafted the Complaint for Prospective Injunctive and Declaratory relief on file herein, Exhibit A to the Plaintiff's Ex Parte Motion for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction, filed concurrently herewith, and know the contents thereof.

3. I also personally drafted the Plaintiff's Ex Parte Motion for Temporary

1

Case No. 12-CV-4676 EDL      Plaintiff's Decl in Support of Ex Parte Motion for TRO

Restraining Order and Order to Show Cause re Preliminary Injunction, filed concurrently herewith, and know the contents thereof.

4. Each and every allegation contained in said Complaint is true and correct.

5. Each and every allegation of fact set forth in said Ex Parte Motion for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction is true and correct.

6. The exhibits attached to said Ex Parte Motion for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction, Exhibits A-I, are true and correct copies of the actual documents they purport to be.

7. I hereby declare under the penalty of perjury of the State of California that the foregoing is true and correct.

Executed this 12th Day of October, 2012, at Tulsa, Oklahoma.

_____
Jeffrey A. Dickstein

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2012, at Tulsa, Oklahoma, I served Defendant State Bar Court by United States Post Office overnight mail, addressed as follows:

State Bar Court
180 Howard Street, 6th Floor
San Francisco, CA 94105-1639

_____
Jeffrey A. Dickstein