Jeffrey A. Dickstein
E-mail: jdlaw47@yahoo.com
3263 S Erie Ave
Tulsa OK 74135
Telephone: (918) 271-3374
Facsimile: None

Jeffrey A. Dickstein, Plaintiff
appearing Pro Se

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY A. DICKSTEIN,<br><br>    Plaintiff,<br><br>v.<br><br>STATE BAR OF CALIFORNIA, et al.<br><br>    Defendants. | CASE NO. 12-CV-4676 EDL<br><br>ORDER GRANTING TEMPORARY RESTRAINING ORDER; SETTING HEARING RE PRELIMINARY INJUNCTION |

Presently before the Court is Plaintiff Jeffrey A. Dickstein's Ex Parte Motion for Temporary Restraining Order and Order to Show Cause re Preliminary injunction.

Upon review of the motion, points and authorities filed in support thereof, the Plaintiff's Declaration, and attached exhibits, the Court finds that Plaintiff followed the necessary procedures to approach the Court ex parte and that he will suffer irreparable harm if the requested injunctive relief is not granted, the Court finds good cause to GRANT Plaintiff's Motion for Temporary Restraining Order as follows:

**IT IS HEREBY ORDERED** that Defendant State Bar Court of the State Bar of California, its employees and agents, are temporarily enjoined from proceeding with the trial now scheduled to commence on October 30, 2012 at 1:30 p.m. in the case of *In the Matter of Jeffrey Alan Dickstein*, Case No. 10-C-7932-PEM.

IT IS FURTHER HEREBY ORDERED that the Court will conduct a hearing on whether to issue a preliminary injunction on _____, 2012, at ___ ___.m.

1

| | |
|---|---|
| 1 | **IT IS FURTHER HEREBY ORDERED**, in that Plaintiff is proceeding in forma |
| 2 | pauperis, that the United States Marshall's Office shall serve Defendant State Bar Court of the |
| 3 | State Bar of California with a copy of this order on or before October ____, 2012. |
| 4 | **IT IS FURTHER HEREBY ORDERED** that any Response from Defendant shall be |
| 5 | filed on or before _____, 2012. |
| 6 | **IT IS FURTHER HEREBY ORDERED**, in that Plaintiff is proceeding in forma |
| 7 | pauperis and lives in Tulsa, Oklahoma, that he may appear at the hearing on preliminary |
| 8 | injunction by telephone. |
| 9 | Dated: _____, 2012 |

ELIZABETH D. LAPORTE
United States Magistrate Judge