AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

**SUMMONS IN A CIVIL CASE**

Jeffrey A. Dickstein

V.

State Bar of California, et al.,

CASE NUMBER: 12-4676 MMC

TO:

SEE ATTACHED SERVICE LIST

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Jeffrey A. Dickstein
3263 S. Erie Avenue
Tulsa, OK 74135

an answer to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

10-16-12
DATE

Alfred Amistoso
(BY) DEPUTY CLERK

Service List for case 12-4676 MMC

1. State Bar of California
   a public corporation

2. Board of Trustees of the State Bar
   of California

3. The State Bar Court of the State Bar
   of California

4. Joann M. Remke
5. Judith A. Epstein
6. Catherine D. Purcell
7. Lucy Armendariz
8. Patrice E. Platel

All At:
180 Howard Street
San Francisco, CA  94105

9. The Office of the Chief Trial Counsel
   of the State Bar of California

10. Richard A. Platel
11. Richard A. Honn
12. Donald F. Miles
13. Jayne Kim
14. Joseph R. Carlucci
15. Charles A. Murray
16. William Todd

All At:

1149 South Hill Street
Los Angeles, CA  90015

17. California Supreme Court
18. Tani Gorre Cantil-Sakauye
19. Joyce L. Kennard
20. Marvin R. Baxter
21. Kathryn M. Werdegar
22. Ming W. Chin
23. Carol A. Corrigan
24. Goodwin Liu

All At:

350 McAllister Street
San Francisco, CA  94102