Jeffrey A. Dickstein
E-mail: jadlaw47@cox.net
3263 S Erie Ave
Tulsa OK 74135
Telephone: (918) 271-3374
Facsimile: None


Jeffrey A. Dickstein, Plaintiff
appearing Pro Se


# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY A. DICKSTEIN, | CASE NO. 12-CV-4676 MMC |
| Plaintiff, | PRELIMINARY INJUNCTION APPEAL |
| v. | |
| STATE BAR OF CALIFORNIA, et al. | |
| Defendants. | |

Notice is hereby given that Plaintiff Jeffrey A. Dickstein (hereinafter "Dickstein"), proceeding pro se and in forma pauperis (see Doc. 9), hereby appeals to the United States Court of Appeals for the Ninth Circuit from the denial of his motion for a temporary restraining order and preliminary injunction (Doc. 22) entered on October 16, 2012.

Notice is further given that there was no oral hearing so there is no transcript.

Notice is further given that Dickstein requests that the appeal be heard on the original record without him reproducing any part.

Dated: October 18, 2012.

/s/ _____
Jeffrey A. Dickstein
Plaintiff pro se

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on Defendant State Bar Court on October 18, 2012, by depositing a copy in the United States Mail, with first class postage prepaid, addressed to:

> State Bar Court
> 180 Howard Street
> San Francisco, CA 94105

Dated: October 18, 2012

/s/
Jeffrey A. Dickstein