1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   JEFFREY A. DICKSTEIN,                        No. C-12-4676 MMC

12              Plaintiff,                        **ORDER DENYING AS MOOT
                                                  PLAINTIFF'S REQUEST FOR**
13      v.                                        **IMMEDIATE JUDICIAL DETERMINATION
                                                  OF MOTION FOR TEMPORARY**
14   STATE BAR OF CALIFORNIA, et al.,             **RESTRAINING ORDER**

15              Defendants.
     _____/

16

17          Before the Court is plaintiff Jeffrey A. Dickstein's "Request for Immediate Judicial

18   Determination of Previously Filed Motion for TRO and OSC Re Preliminary Injunction," filed

19   October 17, 2012.  By order filed October 16, 2012, the Court denied plaintiff's motion for a

20   temporary restraining order.[1]

21          Accordingly, plaintiff's request for a determination of his motion is hereby DENIED

22   as moot.

23          **IT IS SO ORDERED.**

24

25   Dated:  October 23, 2012                     _____
                                                  MAXINE M. CHESNEY
26                                                United States District Judge

27

28   _____
            [1]It appears plaintiff had not received the Court's order of October 16, 2012 until after
     he filed the instant request.