IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFFREY A. DICKSTEIN,** | Case No. C12-4676 MMC |
| Plaintiff, | **[PROPOSED] ORDER EXTENDING TIME TO PLEAD TO SUMMONS AND COMPLAINT** |
| v. | |
| **STATE BAR OF CALIFORNIA, a public corporation, THE BOARD OF TRUSTEES OF THE STATE BAR OF CALIFORNIA, THE STATE BAR COURT OF THE STATE BAR OF CALIFORNIA, and THE OFFICE OF THE CHIEF TRIAL COUNSEL OF THE STATE BAR OF CALIFORNIA, collectively;** Joann M. Remke, in her individual and official capacity; Judith A. Epstein; Catherine D. Purcell, in her individual and official capacity; Lucy Armendariz, in her individual and official capacity; Patrice E. McElroy, in her individual and official capacity; Richard A. Honn, in his individual and official capacity; Richard A. Platel, in his individual and official capacity; Donald F. Miles, in his individual and official capacity; Jayne Kim, in her individual and official capacity; Joseph R. Carlucci, in his individual and official capacity; Charles A. Murray, in his individual and official capacity; William Toad; in his individual and official capacity; **THE CALIFORNIA SUPREME COURT;** Tani Gorre Cantil-Sakauye, in her individual and official capacity; Joyce L. Kennard, in her | |

1

individual and official capacity; Marvin R. Baxter, in his individual and official capacity; Kathryn M. Werdegar, in her individual and official capacity; Ming W. Chin, in his individual and official capacity; Carol A. Corrigan, in her individual and official capacity; and Goodwin Liu, in his individual and official capacity;,

                          Defendants.

Pursuant to the stipulation entered into by counsel for defendants the California Supreme Court and the individual justices of that Court (the "non-State Bar defendants") and Plaintiff Jeffrey A. Dickstein under Local Rule 6-2, it is hereby ordered that non-State Bar defendants' time to plead to the summons and complaint herein is extended by 14 days to and including November 21, 2012.

Dated: _____        _____
                                                                                                   The Honorable Maxine M. Chesney