IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFFREY A. DICKSTEIN,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE BAR OF CALIFORNIA**, a public corporation, **THE BOARD OF TRUSTEES OF THE STATE BAR OF CALIFORNIA, THE STATE BAR COURT OF THE STATE BAR OF CALIFORNIA,** and **THE OFFICE OF THE CHIEF TRIAL COUNSEL OF THE STATE BAR OF CALIFORNIA**, collectively; Joann M. Remke, in her individual and official capacity; Judith A. Epstein; Catherine D. Purcell, in her individual and official capacity; Lucy Armendariz, in her individual and official capacity; Patrice E. McElroy, in her individual and official capacity; Richard A. Honn, in his individual and official capacity; Richard A. Platel, in his individual and official capacity; Donald F. Miles, in his individual and official capacity; Jayne Kim, in her individual and official capacity; Joseph R. Carlucci, in his individual and official capacity; Charles A. Murray, in his individual and official capacity; William Toad; in his individual and official capacity; **THE CALIFORNIA SUPREME COURT;** Tani Gorre Cantil-Sakauye, in her individual and official capacity; Joyce L. Kennard, in her | Case No. C12-4676 MMC<br><br>[~~PROPOSED~~] **ORDER EXTENDING TIME TO PLEAD TO SUMMONS AND COMPLAINT** |

1

individual and official capacity; Marvin R. Baxter, in his individual and official capacity; Kathryn M. Werdegar, in her individual and official capacity; Ming W. Chin, in his individual and official capacity; Carol A. Corrigan, in her individual and official capacity; and Goodwin Liu, in his individual and official capacity;,

                              Defendants.

Pursuant to the stipulation entered into by counsel for defendants the California Supreme Court and the individual justices of that Court (the "non-State Bar defendants") and Plaintiff Jeffrey A. Dickstein under Local Rule 6-2, it is hereby ordered that non-State Bar defendants' time to plead to the summons and complaint herein is extended by 14 days to and including November 21, 2012.

Dated:  November 9, 2012

The Honorable Maxine M. Chesney