IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFFREY A. DICKSTEIN,

    Plaintiff,

  v.

STATE BAR OF CALIFORNIA, et al.,

    Defendants.
                                   /

No. C-12-4676 MMC

**ORDER DENYING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF**

     Before the Court is plaintiff Jeffrey A. Dickstein's Motion for Administrative Relief, filed October 25, 2012. Defendants have not filed a response. Having read and considered plaintiff's administrative motion, the Court rules as follows.

     To the extent the motion seeks a continuance of the dates set forth in the Order Setting Initial Case Management Conference and ADR Deadlines issued by Magistrate Judge Elizabeth D. Laporte, the motion is hereby DENIED as moot. In light of the reassignment of the above-titled action to the undersigned, the Court, on November 6, 2012, issued a Case Management Conference Order in which the dates and deadlines set forth in the prior order have been continued.

     To the extent the motion seeks permission to send to the Clerk by first class mail chambers copies of all documents plaintiff files, the motion is hereby DENIED. Although, as plaintiff points out, chambers copies of certain documents must be delivered to the

1 | Clerk the day after the document is electronically filed, see, e.g., Civil L.R. 5-1(e)(7)(E)
2 | (requiring courtesy copy of "documents filed in connection with a hearing or other
3 | proceeding to be held within 7 days of the filing" be delivered to the Clerk no later than
4 | noon on court day following day documents are filed), there is no indication plaintiff is likely
5 | to file those types of documents to such extent that complying with the Local Rules of this
6 | District would cause plaintiff an economic hardship.  At present, the only documents plaintiff
7 | is required to file in the near future are oppositions to pending motions to dismiss;
8 | chambers copies of oppositions to motions may be mailed by first class mail to the Clerk 's
9 | Office on the same date on which the opposition is filed.  See Civil L.R. 5-1(e)(7)(A).

**IT IS SO ORDERED.**

Dated:  November 26, 2012

_____
MAXINE M. CHESNEY
United States District Judge