| | |
|---|---|
| 1 | STARR BABCOCK (No. 63473) |
| | LAWRENCE C. YEE (No. 84208) |
| 2 | SUSAN PHAN (No. 241637) |
| | **OFFICE OF GENERAL COUNSEL** |
| 3 | **THE STATE BAR OF CALIFORNIA** |
| | 180 Howard Street |
| 4 | San Francisco, CA 94105-1639 |
| | Tel: (415) 538-2000 |
| 5 | Fax: (415) 538-2321 |
| | E-mail: susan.phan@calbar.ca.gov |

Attorneys for Defendants
THE STATE BAR OF CALIFORNIA, THE BOARD OF TRUSTEES OF THE STATE BAR OF CALIFORNIA, THE STATE BAR COURT OF THE STATE BAR OF CALIFORNIA, THE OFFICE OF THE CHIEF TRIAL COUNSEL OF THE STATE BAR OF CALIFORNIA, JOANN M. REMKE, JUDITH A. EPSTEIN, CATHERINE D. PURCELL, LUCY ARMENDARIZ, PATRICE E. MCELROY, RICHARD A. HONN, RICHARD A. PLATEL, DONALD F. MILES, JAYNE KIM, JOSEPH R. CARLUCCI, CHARLES A. MURRAY, AND WILLIAM TODD

JEFFREY A. DICKSTEIN
E-mail: jadlaw47@cox.net
3263 S. Erie Ave
Tulsa OK 74135
Telephone: (918) 271-3374
Facsimile: None

JEFFREY A. DICKSTEIN, PLAINTIFF APPEARING PRO SE

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY A. DICKSTEIN, | Case No.  C 12-4676 MMC |
| Plaintiff, | **STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING TIME TO FILE REPLY BRIEF IN SUPPORT OF STATE BAR DEFENDANTS' MOTION TO DISMISS COMPLAINT** |
| v. | |
| THE STATE BAR OF CALIFORNIA, ET AL., | |
| Defendant. | Date: |
| | Time:    N/A |
| | Courtroom  7 |
| | Judge:    Maxine M. Chesney |

Stipulation and [Proposed] Order Extending Time to File Reply Brief    Case No. 12-4676 MMC

1. I, Susan Phan, am an attorney employed at The State Bar of California, in the Office of the General Counsel, counsel of record for Counsel for Defendants the State Bar of California, the Board of Trustees of The State Bar of California, the State Bar Court of The State Bar of California, the Office of the Chief Trial Counsel of the State Bar of California, Joann M. Remke, Judith A. Epstein, Catherine D. Purcell, Lucy Armendariz, Patrice E. McElroy, Richard A. Honn, Richard A. Platel, Donald F. Miles, Jayne Kim, Joseph R. Carlucci, Charles A. Murray, and William Todd (collectively, the "State Bar Defendants") in the above-caption action.

2. I, Jeffrey Dickstein, am the Plaintiff in the above-captioned action, appearing pro se.

WHEREAS,

3. State Bar Defendants' Motion to Dismiss is currently set for hearing on January 18, 2013;

4. Other Defendants' motions are currently set for hearing the same day;

5. It is in the interest of judicial economy to preserve a consolidated hearing date;

6. State Bar Defendants inadvertently miscalendared the due date to file their reply brief in support of the motion to dismiss;

7. The deadline for State Bar Defendants' to file their reply brief, December 4, 2012, has recently passed only 4 days ago.

8. There will be no resulting prejudice to Plaintiff if State Bar Defendants are allowed to file their reply brief in short order, because the hearing date is still more than one month away.

9. No party in this matter has sought an order shortening time or extending time.

//
//
//
//
//
//
//
//

1

Stip. and [Proposed] Order Extending for SBD Time to File Reply Brief on Mtn to Dismiss Case No. 12-4676 MMC

THE PARTIES HEREBY STIPULATE:

The deadline for State Bar Defendants to File a Reply Brief in support of State Bar Defendants' Motion to Dismiss shall be extended to Tuesday, December 11, 2012.

December 7, 2012      /s/Jeffrey Dickstein__
                      JEFFREY DICKSTEIN
                      Plaintiff In Propia Persona

December 7, 2012      By s/ Susan Phan____
                      SUSAN PHAN

                      Attorneys for defendants THE STATE BAR OF CALIFORNIA, THE BOARD OF TRUSTEES OF THE STATE BAR OF CALIFORNIA, THE STATE BAR COURT OF THE STATE BAR OF CALIFORNIA, THE OFFICE OF THE CHIEF TRIAL COUNSEL OF THE STATE BAR OF CALIFORNIA, JOANN M. REMKE, JUDITH A. EPSTEIN, CATHERINE D. PURCELL, LUCY ARMENDARIZ, PATRICE E. MCELROY, RICHARD A. HONN, RICHARD A. PLATEL, DONALD F. MILES, JAYNE KIM, JOSEPH R. CARLUCCI, CHARLES A. MURRAY, and WILLIAM TODD

## [~~PROPOSED~~] ORDER

Good Cause appearing, it is HEREBY ORDERED that the deadline for State Bar Defendants to File their Reply Brief in Support of State Bar Defendants' Motion to Dismiss shall be extended to December 11, 2012.

IT IS SO ORDERED.

Dated: December 10, 2012      _[signature]_
                              MAXINE CHESNEY
                              UNITED STATES DISTRICT COURT JUDGE

Stip. and [Proposed] Order Extending for SBD Time to File Reply Brief on Mtn to Dismiss Case No. 12-4676 MMC