IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFFREY A. DICKSTEIN,

        Plaintiff,

  v.

STATE BAR OF CALIFORNIA, et al.,

        Defendants.
                                 /

No. CV-12-4676 MMC

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    Defendants' motions to dismiss are hereby GRANTED, and the complaint is hereby DISMISSED without leave to amend and without prejudice to Dickstein's raising his federal claims before the California Supreme Court in a petition for review of any adverse decision by the Bar Court.

Dated: December 19, 2012

                                                    Richard W. Wieking, Clerk

                                                    *Tracy Lucero*

                                                    By: Tracy Lucero
                                                    Deputy Clerk